# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

BRANDON SMITH,            )
                                )
          Plaintiff,       )
                                )   CIVIL ACTION FILE NO.
     v.                      )
                                )
NORFOLK SOUTHERN     )
CORPORATION.          )
                                )
          Defendant.     )

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446, Defendant Norfolk Southern Corporation ("Defendant") files this Notice of Removal of the above-captioned matter from the Superior Court of Henry County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division. Defendant removes this case on grounds of federal question and diversity jurisdiction.

In support of this Notice of Removal, Defendant states as follows:

1. Plaintiff initially filed this civil action in the Superior Court of Henry County, State of Georgia on February 28, 2024, Case No. SUCV2024000562, captioned *Brandon D. Smith v. Norfolk Southern*.

2. Plaintiff's Complaint purports to assert claims against Defendant for sexual harassment under Title VII of the Civil Rights Act, as amended, 42 U.S.C. §2000e et. seq.

1

3.      Defendant first received notice of the claim when it was served with a summons and a copy of the Complaint on February 19, 2026. Pursuant to 28 U.S.C. §1446(a), a copy of the Superior Court file of all record documents, including all orders, pleadings, and process to date are attached as Exhibit A.

4.      In accordance with 28 U.S.C. § 1446(b), removal is timely as Defendant files this Notice within 30 days after receipt of service of summons and the Complaint.

5.      Simultaneous with this filing, Defendant will notify the Superior Court of Henry County, State of Georgia of its removal of this action.  A copy of the Notice that will be filed with the Clerk of the Court for the Superior Court of Henry County, State of Georgia and served upon Plaintiff is attached hereto as Exhibit B.

### Jurisdiction and Venue

6.      This Court has original jurisdiction over this matter pursuant to 28 U.S.C. §§ 1441(a) and 1331 as it is a civil action arising under the laws of the United States; specifically, Plaintiff's Title VII claim. Section 1331 provides that "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

7.      This Court also has jurisdiction over this matter by reason of diversity of citizenship between the parties and an amount in controversy exceeding $75,000.00. 28 U.S.C. § 1332. Section 1332 provides that "[the district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000…" Plaintiff is a resident of Indiana, while Defendant is a Virginia corporation with its corporate headquarters located in Georgia. (Compl.

p. 2, ¶ 4). According to Plaintiff's Complaint, he is seeking $50 million in damages. (Compl. p. 5, ¶ k).

8.      Venue is proper in this Court and Division in that this is the court of the district embracing the place where the action is pending in state court, as this case was originally filed in Henry County, Georgia. *See* 28 U.S.C. § 1441(a) and 1446(a).

9.      Venue is also proper in this Court and Division because some of the events or omissions alleged in the Complaint occurred in Henry County, Georgia. *See* 28 U.S.C. § 1446(a).

## Conclusion

10.    Accordingly, pursuant to 28 U.S.C. §§ 1331, 1332, 1441, and 1446 Defendant removes this action for the Superior Court of Henry County to the United States District Court for the Northern District of Georgia, Atlanta Division.

*** SIGNATURE ON FOLLOWING PAGE ***

Respectfully submitted this 20th day of March, 2026.

CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP

/s/ Alyssa K. Peters
ALYSSA K. PETERS
Georgia Bar No. 455211
JAMES D. YOO
Georgia Bar No. 069665

Highridge Centre
3920 Arkwright Rd.
Suite 375
Macon, GA 31210
(478) 750-8600
(478) 750-8686 (facsimile)
apeters@constangy.com
jyoo@constangy.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed this NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system and served Plaintiff with same via U.S. Mail, postage prepaid, addressed as follows:

Brandon D. Smith
6637 Deep Run Court,
Indianapolis, IN 46268-6421

This 20th day of March, 2026.

CONSTANGY, BROOKS, SMITH & PROPHETE, LLP

/s/ Alyssa. K. Peters
ALYSSA K. PETERS
Georgia Bar No. 455211

Highridge Centre
3920 Arkwright Rd.
Suite 375
Macon, GA 31210
(478) 750-8600
(478) 750-8686 (facsimile)
apeters@constangy.com

5